UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   8:24cv00223 DDP (MARx)                                     Date: August 7, 2024

Title     *DENNIS COOPER v. RARE IE LLC; ET AL.*

Present: The Honorable:    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) – ORDER TO SHOW CAUSE

    **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 30, 2024**, why this action should not be dismissed for lack of prosecution as to **defendants Rare IE LLC; and Hussein Investments, Inc.**  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

    Plaintiff is advised that the Court will consider an answer by **defendants,** or plaintiff's request for entry of default on these defendants on or before the above date, as a satisfactory response to the Order to Show Cause.

                                                                                                                                                                             00:00

                                                    **Initials of Preparer**    CMJ